UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shirley Duren,<br><br>      Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., Equifax Information Services LLC, and Trans Union LLC<br><br>      Defendants. | Civil Action No: 1:23-cv-00197-JMS-MG |

**ORDER OF DISMISSAL OF DEFENDANT
EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE**

Comes now Plaintiff, Shirley Duren, and Defendant, Equifax Information Services LLC ("Equifax"), by counsel, and having filed their Joint Stipulation for Dismissal With Prejudice and the Court having examined said Stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between Plaintiff and Equifax have been resolved and settled and that Equifax should be dismissed from this Action with prejudice.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that this cause of action as to Equifax is hereby dismissed without prejudice, without costs, disbursements, or attorneys' fees to either party. The clerk shall close the case.

Date: 9/26/2023

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system